**Motion Denied and Order filed June 3, 2021.**



**In The**

# Fourteenth Court of Appeals

———————

**NO. 14-21-00282-CV**

———————

**IN RE BASIM MOUSILLI, Relator**

**On Appeal from the 309th District Court
Harris County, Texas
Trial Court Cause No. 2020-49635**

## ORDER

On May 21, 2021, relator Basim Mousilli filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52.

Relator's petition does not comply with the Texas Rules of Appellate Procedure. *See* Tex. R. App. P. 52.3(k)(1)(A), 52.7(a). To be a "certified or sworn copy," in accordance with Rule 52, the document must be certified by the trial court clerk or attached to either a properly prepared affidavit or an unsworn declaration per Tex. Civ. Prac. & Rem. Code Ann. § 132.001.

By this order, the court gives relator notice that the petition will be dismissed unless an amended petition is filed within ten days of the date of this order that addresses the record issues discussed in *In re Kholaif*, Nos. 14-20-00731-CV & 14-20-00732-CV, 2020 WL 7013339 (Tex. App.—Houston [14th Dist.] Nov. 25, 2020, order) and Texas Rules of Appellate Procedure 52.3(k)(1)(A) and 52.7(a). *Id; see also* Tex. R. App. P. 42.3(c).

Relator also filed a motion for temporary relief pursuant to Rule 29.3. *See* Tex. R. App. P. 29.3. This is not an appeal from an interlocutory order. *Id*. Accordingly, the motion is denied without prejudice to filing a proper motion.


PER CURIAM


Panel Consists of Justices Bourliot, Poissant and Wilson.